IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Robert A. Snead
and Kevin D. Darrah,  :

      :   Civil Action 2:12-cv-0739

    Plaintiffs

      :   Judge Sargus

  v.

      :   Magistrate Judge Abel

Gary C. Mohr, *et al.*,
      :

    Defendants
      :

**ORDER**

Defendants' November 13, 2012 motion to stay answer date until a ruling is made on the Initial Screening Report and Recommendation (doc. 19) is GRANTED.

                            s/Mark R. Abel
                            United States Magistrate Judge