IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Robert A. Snead
and Kevin D. Darrah,

        Plaintiffs

v.

Gary C. Mohr, *et al.*,

        Defendants

:     Civil Action 2:12-cv-0739

:     Judge Sargus

:     Magistrate Judge Abel

**ORDER**

Defendants' November 13, 2012 motion to stay answer date until a ruling is made on the Initial Screening Report and Recommendation (doc. 19) is GRANTED.

                                                                      s/Mark R. Abel
                                                                 United States Magistrate Judge