UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROBERT A. SNEAD,

    Plaintiff,

v.

GARY C. MOHR, et al.,

    Defendants.

Civil Action 2:12-cv-739
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Norah McCann King

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge recommending that putative Defendant Darhla Roberts be dismissed without prejudice under Fed. R. Civ. P. 4(m) for failure to obtain service on that defendant and that putative Defendant Darhla Roberts's unopposed motion for judgment on pleadings be granted in part. (ECF No. 126.) The time for filing objections has passed, and no objections to the Report and Recommendation have been filed. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, Defendant Roberts's unopposed motion for judgment on the pleadings (ECF No. 100) is **GRANTED IN PART**.

    IT IS SO ORDERED.

3-16-2015
**DATE**

EDMUND A. SARGUS, JR.
**CHIEF UNITED STATES DISTRICT JUDGE**

1