AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**ROBERT A. SNEAD,**

      **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**CASE NO.  2:12-cv-739**

**GARY C. MOHR, et al.,**   **CHIEF JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE NORAH MCCANN KING**

      **Defendants.**

____  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the OPINION AND ORDER filed March 16, 2015, JUDGMENT is hereby entered DISMISSING this case.**

Date:  March 16, 2015                    RICHARD W. NAGEL, CLERK

                                         */S/ Andy F. Quisumbing*
                                         (By) Andy F. Quisumbing
                                          Courtroom Deputy Clerk